IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ROBERT ANDERSON, as           )
Personal Representative of    )
the Estate of James Beaty     )
Anderson, Deceased, and       )
PAMELA BERGQUIST, as          )
Personal Representative of    )
the Estate of Randolph        )
Edward Bergquist, Deceased,   )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )     1:11cv973-MHT
                              )         (WO)
ACC HOLDING, INC., et al.,    )
                              )
     Defendants.              )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 41), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the understanding that the dismissal does not constitute res judicata or collateral estoppel with respect to the Florida action, and with the parties to bear their own fees and costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 6th day of March, 2012.**

                               **/s/ Myron H. Thompson**
                           **UNITED STATES DISTRICT JUDGE**